IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0155-WYD-CBS

JODY BARON,

    Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,

    Defendant.

_____

**ORDER**
_____

On April 18, 2016, Plaintiff and Defendant filed a Joint Motion to Dismiss With Prejudice (ECF No. 34).   The parties have resolved all claims and indicate that the parties would bear their own fees and costs.

The Joint Motion to Dismiss With Prejudice (ECF No. 34) is hereby **GRANTED**. All claims against Defendant in this matter are **dismissed with prejudice**, and the parties shall bear their own fees and costs.   The Clerk of the Court is directed to close the case.

Dated:   April 20, 2016.

                                      BY THE COURT:


                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      SENIOR UNITED STATES DISTRICT JUDGE